IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | CHAPTER 13 |
| Abdul Alan Gaston, | CASE NO: 1:18-bk-04322-HWV |
| Debtor | |
| NewRez LLC, d/b/a Shellpoint Mortgage Servicing | |
| Movant | Motion for Relief from the Automatic Stay |
| v. | |
| Abdul Alan Gaston | |
| Respondents | |

## ORDER

Upon consideration of the Motion of NewRez LLC (the "Movant") for Relief from the Automatic Stay (the "Motion"), and the response filed by the Debtor, and after notice and a hearing it is hereby

**ORDERED** that the Motion is **DENIED**

Dated: December 3, 2019

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (LS)